IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAM WILSON, JARED CHARLAP, | |
| Plaintiffs, | 2:25cv1087 |
| | ELECTRONICALLY FILED |
| v. | LEAD CASE |
| TEAM BEANS, L.L.C. *doing business as* FOCO, | |
| Defendant. | |

| | |
|---|---|
| KAREN CLAYTON, IAN FOLEY, | |
| Plaintiffs, | 1:25cv0226 |
| | ELECTRONICALLY FILED |
| v. | MEMBER CASE |
| MERVIS DIAMOND CORPORATION, | |
| Defendant. | |

| | |
|---|---|
| KAREN BLACHOWICZ, KAREN CLAYTON, | |
| Plaintiffs, | 1:25cv0227 |
| | ELECTRONICALLY FILED |
| v. | MEMBER CASE |
| ZOE CHICCO, INC., | |
| Defendant. | |

| | |
|---|---|
| FREDERICKA NELLON, JARED CHARLAP, | |
| Plaintiffs, | 2:25cv1116 |
| | ELECTRONICALLY FILED |
| v. | MEMBER CASE |
| TRU KIDS, INC. *doing business as* TOYS R US, | |
| Defendant. | |

ERIC FOREMAN, KAREN CLAYTON,

        Plaintiffs,

        v.

GALISON PUBLISHING LLC,

        Defendant.

1:25cv0229
ELECTRONICALLY FILED
MEMBER CASE

---

CHRISTOPHER WALTERS, JARED CHARLAP,

        Plaintiffs,

        v.

THE SPORN COMPANY, INC. *doing business as* BIXLERS,

        Defendant.

2:25cv1122
ELECTRONICALLY FILED
MEMBER CASE

---

ERIC FOREMAN, KAREN CLAYTON,

        Plaintiffs,

        v.

BEL USA LLC *doing business as* DISCOUNT MUGS,

        Defendant.

1:25cv0230
ELECTRONICALLY FILED
MEMBER CASE

---

FREDERICKA NELLON,
MARCHE ROBERSON,

        Plaintiffs,

        v.

PLUSH APPEAL, LLC *doing business as* MARDI GRAS SPOT,

        Defendant.

2:25cv1127
ELECTRONICALLY FILED
MEMBER CASE

TRACEY SINKOVIC, MARCHE ROBERSON,

        Plaintiffs,

        v.

ADOLPH KIEFER & ASSOCIATES, LLC,

        Defendant.

2:25cv1128
ELECTRONICALLY FILED
MEMBER CASE

---

SYLVIA SANTOS, MARCHE ROBERSON,

        Plaintiffs,

        v.

MURAD, LLC,

        Defendant.

2:25cv1135
ELECTRONICALLY FILED
MEMBER CASE

---

DOMINICK PETRILLO, MARCHE ROBERSON,

        Plaintiffs,

        v.

SPINLIFE.COM, LLC,

        Defendant.

2:25cv1143
ELECTRONICALLY FILED
MEMBER CASE

---

IAN FOLEY, JARED CHARLAP,

        Plaintiffs,

        v.

GIFT SERVICES, INC. *doing business as* GIFT TREE,

        Defendant.

2:25cv1154
ELECTRONICALLY FILED
MEMBER CASE

---

ANTOINETTE SUCHENKO,
MARCHE ROBERSON,

        Plaintiffs,

      v.

SAN DIEGO HAT COMPANY,

        Defendant.

2:25cv1159
ELECTRONICALLY FILED
MEMBER CASE

---

ANTOINETTE SUCHENKO,
MARCHE ROBERSON,

        Plaintiffs,

      v.

THE CARRINGTON TEA COMPANY, LLC,

        Defendant.

2:25cv1193
ELECTRONICALLY FILED
MEMBER CASE

---

ERIC FOREMAN, JARED CHARLAP,

        Plaintiffs,

      v.

TASC PERFORMANCE, INC.,

        Defendant.

2:25cv1194
ELECTRONICALLY FILED
MEMBER CASE

---

ADRIENNE BEATTY, JARED CHARLAP,

        Plaintiffs,

      v.

ARIZONA BEVERAGES USA LLC,

        Defendant.

2:25cv1207
ELECTRONICALLY FILED
MEMBER CASE

TRACEY SINKOVIC,
MARCHE ROBERSON,

        Plaintiffs,

    v.

BA&SH AMERICA CORP.,

        Defendant.

2:25cv1209
ELECTRONICALLY FILED
MEMBER CASE

---

KAREN BLACHOWICZ, KAREN CLAYTON,

        Plaintiff,

    v.

JAMIE YOUNG COMPANY,

        Defendant.

1:25cv0243
ELECTRONICALLY FILED
MEMBER CASE

---

JESSICA MEYER, KAREN CLAYTON,

        Plaintiffs,

    v.

ZINUS, INC.,

        Defendant.

1:25cv0244
ELECTRONICALLY FILED
MEMBER CASE

---

JESSICA MEYER, KAREN CLAYTON,

        Plaintiffs,

    v.

FROM YOU FLOWERS, LLC,

        Defendant.

1:25cv0245
ELECTRONICALLY FILED
MEMBER CASE

CHRISTOPHER WALTERS,
JARED CHARLAP,

              Plaintiff,

       v.

LOUIS GARNEAU U.S.A., INC.,

              Defendant.

2:25cv1226
ELECTRONICALLY FILED
MEMBER CASE

## CONSOLIDATION ORDER OF COURT

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1.     Civil Action Nos. 1:25-226; 1:25-227; 2:25-1116; 1:25-229; 2:25-1122; 1:25-230; 2:25-1127; 2:25-1128; 2:25-1135; 2:25-1143; 2:25-1154; 2:25-1159; 2:25-1193; 2:25-1194; 2:25-1207; 2:25-1209; 1:25-243; 1:25-244; 1:25-245; and 2:25-1226 are hereby consolidated with **Civil Action No. 2:25-1087, the lead case** as captioned above.

2.     All pleading, motions, and other papers hereafter filed shall be filed at **Civil Action No. 2:25-1087**.

3.     The Clerk of Court shall close Civil Action No. 1:25-226; 1:25-227; 2:25-1116; 1:25-229; 2:25-1122; 1:25-230; 2:25-1127; 2:25-1128; 2:25-1135; 2:25-1143; 2:25-1154; 2:25-1159; 2:25-1193; 2:25-1194; 2:25-1207; 2:25-1209; 1:25-243; 1:25-244; 1:25-245; and 2:25-1226.

SO ORDERED this 13th day of August, 2025.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All counsel of record